

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. JOSEPH PIACENTILE, | : : : | CIVIL ACTION NO. 00-5280 |
| Plaintiff, | : : | |
| v. | : : | UNDER SEAL |
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE, et al., | : : : : | FILED |
| Defendants. | : | |

### O R D E R

**AND NOW,** this **5th** day of **September 2007**, it is hereby **ORDERED** that the August 27, 2007, letter from the Relator to the Court shall be **FILED UNDER SEAL**.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**